IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION, DISTRICT OF UTAH

| | | |
|---|---|---|
| GARY A. MITCHELL, | : | Case No. 2:04-CV-1129 PC |
| Plaintiff, | : | |
| | | REPORT AND RECOMMENDATION |
| vs. | : | |
| ARGENT MORTGAGE COMPANY, LLC., AMERIQUEST MORTGAGE COMPANY and PETTEY & ASSOCIATES, LC. | : | JUDGE PAUL G. CASSELL |
| | | MAGISTRATE JUDGE BROOKE C. WELLS |
| Defendants. | | |

Before the court is Plaintiff, Gary A. Mitchell's, Notice or Motion of Withdrawl [sic]. Pursuant to 28 U.S.C. 636(b)(1)(B), this court hereby RECOMMENDS that Plaintiff's motion be granted and the case closed.

DATED this ___11th___ day of May, 2005.

BY THE COURT:

_____
BROOKE C. WELLS
United States Magistrate Judge

1