IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH   CENTRAL DIVISION

| | |
|---|---|
| GARY A. MITCHELL,<br><br>                    Plaintiff,<br><br>vs.<br><br>ARGENT MORTGAGE COMPANY, LLC, AMERIQUEST MORTGAGE COMPANY and PETTEY & ASSOCIATES, LC.,<br><br>                    Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br><br>Case No. 2:04CV1129PGC |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Wells on May 11, 2005, recommending that plaintiff's motion to withdraw the case be granted.

The parties have been properly notified of their right to object to the Report and Recommendation and that they must file any objections with the clerk of the court within ten (10) days after receiving it, pursuant to 28 U.S.C. § 636(b).  The court has not received any objections from the parties.

Having reviewed all relevant materials, the court ADOPTS the Report and Recommendation and grants plaintiff's motion.  Accordingly, this case is dismissed with prejudice in its entirety.

DATED this 1st day of June, 2005.

BY THE COURT:

_____
Paul G. Cassell
United States District Judge